FILED'09 JAN 23 07:49USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

UNITED STATES OF AMERICA

v.

MARK CHARLES MUNSTERMAN and
BELARMINO DIAZ-REYES
a.k.a. "MINO" DIAZ,

Defendants.

CR No. 09- 33-mo

INDICTMENT
8 U.S.C. § 1324(a)(1)(A)(iii)
8 U.S.C. § 1324(a)(1)(A)(iv)
18 U.S.C. § 1546(a)
18 U.S.C. § 1028(a)(6)
18 U.S.C. § 981(d)

THE GRAND JURY CHARGES:

### COUNT 1
### Harboring Illegal Alien
### 8 U.S.C. § 1324(a)(1)(A)(iii)

In 2007, within the District of Oregon, MARK CHARLES MUNSTERMAN and BELARMINO DIAZ-REYES, the defendants herein did conceal, harbor, and shield from detection an alien, namely Maria Alejandra Gomez-Gonzalez, while knowing or in reckless disregard of the fact that said alien was unauthorized to enter or remain in the United States in violation of 8 U.S.C. 1324(a)(1)(A)(iii).

### COUNT 2
### Encouraging An Illegal Alien to Reside in U.S.
### 8 U.S.C. § 1324(a)(1)(A)(iv)

In 2007, within the District of Oregon, MARK CHARLES MUNSTERMAN and BELARMINO DIAZ-REYES, the defendants herein, did encourage or induce an alien, known as

Maria Alejandra Gomez-Gonzalez, to reside in the United States while knowing or in reckless disregard of the fact that such alien was unauthorized to reside in the United States; all in violation of Title 8, United States Code, Section 1324(a)(1)(A)(iv).

### COUNT 3
**Unlawful Possession of Permanent Resident Card**
**18 U.S.C. § 1546(a)**

In 2007, within the District of Oregon, MARK CHARLES MUNSTERMAN, the defendant herein, did obtain and possess a permanent resident card or other document prescribed by statute and regulation for entry into, or as evidence of authorized stay or employment in the United States of America, while knowing that such document was counterfeited and falsely made, to-wit: In 2007 MARK CHARLES MUNSTERMAN obtained and possessed a permanent resident card bearing the name of Maria A. Gomez-Gonzalez and INS A# XXX-XXX-196 which he knew was counterfeit and falsely made; all in violation of Title 18, United States Code, Section 1546(a).

### COUNT 4
**Unlawful Possession of Identification Document**
**18 U.S.C. § 1028(a)(6)**

In 2007, within in the District of Oregon, the defendant MARK CHARLES MUNSTERMAN, did knowingly possess an identification document that is or appears to be an identification document of the United States which was stolen or produced without lawful authority, knowing that such document was stolen or produced without lawful authority, to wit: The defendant, MARK CHARLES MUNSTERMAN, possessed a social security number card, bearing the number XXX-XX-2921 and name of Maria A. Gomez-Gonzalez, that is or appears to have issued been issued under the authority of the United States knowing that the social security

(e) has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 18 U.S.C. § 982(b) and 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

DATED this 21st day of January 2009.

A TRUE BILL

Presented by:

KARIN J. IMMERGUT
United States Attorney

*[signature]*

KEMP L. STRICKLAND, OSB #96118
Assistant United States Attorney

PAGE 4 - INDICTMENT